THE HONORABLE RICARDO S. MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## IN SEATTLE

| | |
|---|---|
| JOE PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:19-cv-01754-RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |

## I. STIPULATION

This case has been fully resolved by settlement. Plaintiff Joe Peterson and Defendant Federal Insurance Company stipulate that this matter can and should be dismissed with prejudice and without any award of costs or attorney's fees to either party.

STIPULATED MOTION AND [PROPOSED] ORDER
OF DISMISSAL - 1

**CASE NO. 2:19-cv-01754-RSM**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

DATED this 18th day of February 2020.

HARPER | HAYES PLLC

SCHWABE, WILLIAMSON & WYATT PC

By: /s/ *Gregory L. Harper*
    Gregory L. Harper, WSBA No. 27311
    Charles K. Davis, WSBA No. 38231
    600 University Street, Suite 2420
    Seattle, WA 98101
    206.340.8010
    greg@harperhayes.com
    cdavis@harperhayes.com
    Attorneys for Plaintiff

By: /s/ *Colin Folawn*
    Colin Folawn, WSBA No. 34211
    Molly Henry, WSBA No. 40818
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    206.622.1711
    cfolawn@schwabe.com
    mhenry@schwabe.com
    Attorneys for Defendant

STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL - 2

CASE NO. 2:19-cv-01754-RSM

## II. ORDER

Based on the stipulation, IT IS ORDERED:

This matter is dismissed with prejudice and without any award of costs or attorney's fees to either party.

DATED this 19 day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: /s/ *Gregory L. Harper*
 Gregory L. Harper, WSBA No. 27311
 Charles K. Davis, WSBA No. 38231
 600 University Street, Suite 2420
 Seattle, WA 98101
 (206) 340-8010
 greg@harperhayes.com
 cdavis@harperhayes.com
 Attorneys for Plaintiff

SCHWABE, WILLIAMSON & WYATT PC

By: /s/ *Colin Folawn*
 Colin Folawn, WSBA No. 34211
 Molly Henry, WSBA No. 40818
 1420 5th Avenue, Suite 3400
 Seattle, WA 98101
 206.622.1711
 cfolawn@schwabe.com
 mhenry@schwabe.com
 Attorneys for Defendant

STIPULATED MOTION AND [PROPOSED] ORDER
OF DISMISSAL - 3

CASE NO. 2:19-cv-01754-RSM

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010